# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MITCHEL OSBORN, and<br>RAYLEEN A. OSBORN f/n/a<br>RAYLEEN A. SHELTON,<br><br>        Plaintiffs,<br><br>    vs.<br><br>PATHOLOGY SERVICES, P.C., and<br>BYRON L. BARKSDALE, M.D.,<br><br>        Defendants. | 8:12CV374<br><br>ORDER |

This matter is before the court on the parties' Joint Motion for Extension of Progression Order (Filing No. 19). The motion is granted to the extent the planning conference scheduled for April 12, 2013, at 10:00 a.m. (Filing No. 9 - Order ¶ 8) is cancelled. **The planning conference is rescheduled for July 12, 2013, at 9:30 a.m.** Counsel for the plaintiffs shall initiate the call with participating counsel and the undersigned magistrate judge. The remaining deadlines for final progression will be scheduled during the July 12, 2013, planning conference.

    **IT IS SO ORDERED.**

Dated this 29th day of March, 2013.

                                              BY THE COURT:

                                              s/ Thomas D. Thalken<br>
                                              United States Magistrate Judge