IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MITCHEL OSBORN and<br>RAYLEEN A. OSBORN,<br><br>    Plaintiffs,<br><br>    vs.<br><br>PATHOLOGY SERVICES, P.C. and<br>BYRON L. BARKSDALE, M.D.,<br><br>    Defendants. | 8:12CV374<br><br><br>ORDER |

Upon notice of settlement on January 30, 2014, by William M. Lamson, Jr., attorney for the defendants,

**IT IS ORDERED that**:

1.   On or before **February 28, 2014**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2.   Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3.   The previously scheduled trial is cancelled upon the representation that this case is settled. The pending motions in limine (Filing Nos. 35 and 45) are terminated as moot.

Dated this 30th day of January, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge