IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MITCHELL OSBORN AND RAYLEEN A. OSBORN, f/k/a RAYLEEN A. SHELTON, Husband and Wife,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>PATHOLOGY SERVICES, P.C., a NEBRASKA PROFESSIONAL CORPORATION, AND BYRON L. BARKSDALE, M.D.,<br><br>　　　　Defendants. | CASE NO. 8:12-CV-00374<br><br><br><br><br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

THIS MATTER came to be heard upon the Stipulation of the parties hereto that the above-captioned action has been compromised and settled and should be dismissed with prejudice to the filing of any future action, each party to pay its own costs. The Court, being fully advised in the premises, finds that an Order should be entered in accordance with said Stipulation.

IT IS, THEREFORE, ORDERED that the above-captioned action be, and it hereby is, dismissed with prejudice to the filing of any future action, each party to pay its own costs.

DATED THIS  3rd  day of  March        , 2014.

BY THE COURT:

_____
United States District Judge

#584434v2